# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NAHEL N. SAIED,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:10CV205** |
| v.  ) | |
| ) | **ORDER** |
| **CREIGHTON UNIVERSITY** ) | |
| **SCHOOL OF MEDICINE,** ) | |
| ) | |
| **Defendant.** ) | |

Upon notice of settlement given to the magistrate judge on May 13, 2011, by Thomas F. Hoarty, Jr., counsel for the defendant,

**IT IS ORDERED that:**

1. **On or before June 13, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The pretrial conference and trial previously scheduled are cancelled and the discovery-related motions (Filing Nos. 38, 53, 65, and 72) and motion for summary judgment (Filing No. 44) are terminated upon the representation that this case is settled.

DATED this 13th day of May, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge