```
             IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| DR. NAHEL N. SAIED, | ) | CASE NO. 8:10cv205 |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|   vs. | ) | <u>ORDER FOR DISMISSAL</u> |
| | ) | |
| CREIGHTON UNIVERSITY SCHOOL | ) | |
| OF MEDICINE, | ) | |
| | ) | |
|     Defendant. | ) | |

   THIS MATTER is before the Court upon the Stipulation for Dismissal filed by the parties.  The Court, being fully advised in the premises, finds that the Stipulation should be and is hereby approved, and that the Complaint of the Plaintiff, as amended, is hereby dismissed, with prejudice, with each party to pay his or its own court costs and attorney fees.

   IT IS SO ORDERED.

   DATED:  June 21, 2011.

                              BY THE COURT:


                              *s/ Joseph F. Bataillon*
                              United States District Judge